FILED

Reset Form

2026 MAY 26 AM 9: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: km

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>ROBERT WAYNE BOLING, JR. (1)<br><br>DEFENDANT(S). | CASE NUMBER<br>MJ 26-03105<br><br>**DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment
in the Western District of Texas on 07/23/2019
at ________ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about July 2014
in violation of Title 18 U.S.C., Section(s) 1349,1342/1343,1956,1028A
to wit: Conspiracy to Commit Wire Fraud, Wire Fraud, Conspiracy to Commit Money Laundering, Aggravated Identity Theft

A warrant for defendant's arrest was issued by: Rosanne M. Garza, Deputy Clerk

Bond of $________________ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/26/26
Date

[signature]
Signature of Agent

Joseph Santa
Print Name of Agent

United States Marshal Service
Agency

Deputy U.S. Marshal
Title