TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LAUREN M. ELFNER
Trial Attorney
Criminal Division, Fraud Section
JORDAN L. PATTERSON (Cal. Bar No. Pending)
Assistant United States Attorneys
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8500
Facsimile: (213) 894-3713
E-mail: jordan.patterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WAYNE BOLING, JR.,<br><br>Defendant. | NO. 2:26-MJ-03105-DUTY<br><br><u>STATUS REPORT</u> |

## **STATUS REPORT**

The United States respectfully submits this status report regarding scheduling for defendant Robert Wayne Boling, Jr., as ordered by the Court at his initial appearance on May 26, 2026.

On May 27, 2026, the United States contacted the Magistrate Court in the Western District of Texas to schedule the defendant's arraignment. The Court scheduled the defendant's arraignment for June

23, 2026, at 3 p.m. The government informed the U.S. Marshal’s Service of the scheduled date and time of the hearing via email.

Dated: June 2, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/ *Jordan L. Patterson*
Jordan L. Patterson
Assistant United States Attorney

/s/ *Lauren M. Elfner*
Lauren M. Elfner
Trial Attorney
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20001
(202) 598-3051
lauren.elfner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA